**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Valdivia, | ) No. CV 05-283-PHX-NVW (ECV) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Joseph Arpaio, | ) |
| Defendant. | ) |

Before the court is Defendant's Motion to Dismiss (doc. # 6), filed July 14 and supplemented July 15, 2005 (doc. # 7).  By order entered and served on July 29, 2005 (doc. # 8), Magistrate Judge Voss set August 29, 2005, as the deadline for Plaintiff to file an opposition to the Motion to Dismiss and warned her of the consequences of failure to file an opposition.  No response or opposition has been filed.  Pursuant to LRCiv 7.2(i), of which Plaintiff was warned in Judge Voss's order, Plaintiff's failure to file a response "may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily."  The court has also reviewed the Motion to Dismiss and grants it on its merits.  Plaintiff has not exhausted available administrative remedies, and therefore this action is barred by 28 U.S.C. § 1997e(a).

IT IS THEREFORE ORDERED that  Defendant's Motion to Dismiss (doc. # 6) is granted.

1          IT IS FURTHER ORDERED that the clerk shall enter judgment dismissing this

2    action and shall terminate this case.

3          DATED this 6th day of October, 2005.

4

5

6    _____

7                          Neil V. Wake
                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28